Before STATE INDUSTRIAL BOARD, Respondent. CHARLES D. FOX, Claimant, Respondent, v. TRUSLOW & FULLE, INC., and Another, Appellants.— Motion for reargument granted. Case set down for Monday, May fourteenth.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES D. FOX, Claimant,

Respondent, v. TRUSLOW & FULLE, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board, on the opinion of H. T. Kellogg, Acting P. J., on the former appeal [204 App. Div. 584]; and on the further ground that the record does not disclose that opportunity was refused the appellants to prove that the claimant was forbidden to clean the machine except during hours set apart therefor. Leave to appeal to the Court of Appeals granted.